IN RE ESTATE OF BEULAH L. ZIEMER, DECEASED.
RONALD ZIEMER, APPELLANT, V. ROBERT HOHL, PERSONAL
REPRESENTATIVE OF THE ESTATE OF BEULAH L. ZIEMER,
DECEASED, APPELLEE.

464 N.W.2d 333

Filed January 11, 1991.   No. 89-071.

Robert E. Sullivan, of Haessler & Sullivan, for appellant.

Lawrence H. Yost, of Yost, Schafersman, Yost, Lamme, Hillis & Mitchell, P.C., for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.
Having considered the briefs, record, and recommendation of the Appellate Division of the District Court, we affirm the judgment of the district court. Appellee's request for attorney fees, under Neb. Rev. Stat. § 25-824 (Reissue 1989), for a frivolous appeal because of the failure of appellant's attorney to appear, is denied.

AFFIRMED.